```
1   RICHARD DOYLE, City Attorney (#88625)
    NORA FRIMANN, Assistant City Attorney (#93249)
2   CLIFFORD GREENBERG, Sr. Deputy City Attorney (#122612)
    STEVEN B. DIPPELL, Sr. Deputy City Attorney (#121217)
3   Office of the City Attorney
    200 East Santa Clara Street, 16th Floor
4   San José, California  95113-1905
    Telephone Number: (408) 535-1900
5   Facsimile Number:  (408) 998-3131
    E-Mail Address:  cao.main@sanjoseca.gov
6
7   Attorneys for Defendants, CITY OF SAN JOSE,
    OFFICER JEFFREY and OFFICER BLACKERBY
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VINH HUU PHAM AND LAN THI DO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE, a municipality of the State of California, OFFICER BRIAN JEFFREY, #3926, individually and in his official capacity as a police officer, OFFICER MATTHEW BLACKERBY, #3999, individually and in his official capacity as a police officer, and DOES 1-100, inclusive,<br><br>Defendants. | Case Number:  CV11-01526 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINE TO HOLD EARLY NEUTRAL EVALUATION**<br><br>**Trial Date:  None Set** |

Plaintiffs and Defendants in the above entitled matter hereby stipulate and jointly request that the Court extend the original January 11, 2012 deadline to hold an Early Neutral Evaluation to January 20, 2012.  In support of this stipulation, the parties hereby submit the following as good cause for granting this request:

    1.    The depositions of all the parties have yet to be completed.

1

2. Jonathan D. Schmidt, the Neutral in the above matter, has been informed and has no objection to extending the deadline to hold the Early Neutral Evaluation as stipulated herein.

3. Due to various conflicts, the parties are unable to hold the Early Neutral Evaluation until January 20, 2012, which has been scheduled with the Neutral.

4. Given the fact that the postponement of the Early Neutral Evaluation would not delay the deadlines in this matter set by the Court and for the reasons set forth herein, the parties submit that good cause exists for the extension of the ADR deadline.

Accordingly, the parties hereby jointly request that the Court extend the deadline to complete the Early Neutral Evaluation to January 20, 2012.

Respectfully submitted,

Dated: December 8, 2011         RICHARD DOYLE, City Attorney

By: ____*/s/ Clifford Greenberg*____
        CLIFFORD GREENBERG
        Sr. Deputy City Attorney

Attorneys for Defendants, CITY OF SAN JOSE, OFFICER BRIAN JEFFREY and MATTHEW BLACKERBY

LAW OFFICES OF STUART D. KIRCHICK

Dated: December 8, 2011

By: ____*/s/ Stuart D. Kirchick*____
        STUART D. KIRCHICK.

Attorneys for Plaintiffs, VINH HUU PHAM and LAN THI DO

# ORDER

Based upon the Stipulation of the parties, and good cause appearing therefore, the Court hereby extends the deadline to hold an Early Neutral Evaluation in this case to January 20, 2012.

**IT IS SO ORDERED.**

Dated: December 9, 2011

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

CASE NAME:   *Pham, et al. v. City of San Jose, et al.*

CASE NO.:   CV11-01526 EJD

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On December 8, 2011, I caused to be served the within:

**STIPLUATION AND [PROPOSED] ORDER MODIFYING
DEADLINE TO HOLD EARLY NEUTRAL EVALUATION**

Addressed as follows:

| | |
|---|---|
| Paul F. Caputo, Esq.<br>Hawkins – Caputo<br>96 N. First St., Ste. 300<br>San Jose, CA  95112<br>Phone:  (408) 280-7111<br>Fax:  (408) 292-7868<br>E-Mail:  paul@caputolaw.com | Teresa Thu-Huong Nguyen, Esq.<br>The Law Firm of Nguyen Teresa Thu-Huong<br>730 Story Rd., Ste. 4<br>San Jose, CA  95122<br>Phone:  (408) 275-1626<br>Fax:  (408) 275-6949<br>E-Mail:  teresa_hung2003@yahoo.com |

Stuart D. Kirchick, Esq.
Law Offices of Stuart D. Kirchick
1143 Story Rd., Ste. 210
San Jose, CA  95122
Phone:  (408) 291-0123
Fax:  (408) 291-0418
E-Mail:  sdkirchick@aol.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on December 8, 2011, at San Jose, California.

/s/ *Alice Shore*
Alice Shore