1  PAUL F. CAPUTO, ESQ. - SBN: 144592
   HAWKINS · CAPUTO
2  96 North Third Street, Suite 300
   San Jose, CA 95112
3  Telephone: (408) 280-7111
   Facsimile:  (408) 292-7868

4  TERESA THU-HUONG NUGYEN, ESQ. – SBN: 244133
   THE LAW FIRM OF NUGYEN TERESA THU-HUONG
5  AND ASSOCIATES
   730 Story Road, Suite 4
6  San Jose, CA 95122
   Telephone: (408) 275-1626
7  Facsimile:  (408) 275-6949

8  STUART D. KIRCHICK, ESQ. – SBN: 144145
   LAW OFFICES OF STUART D. KIRCHICK
9  1143 Story Road, Suite 210
   San Jose, California  95122
10 Telephone: 408/291-0123
   Facsimile:  408/291-0418

11 Attorney for:  Plaintiffs

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| VINH, HUU PHAM AND LAN THI DO, | Case No.: 11-CV-01526-EJD |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER |
| v. | |
| CITY OF SAN JOSE, a municipality of the State of California, OFFICER BRIAN JEFFREY, #3926 individually and his official capacity as a police officer; OFFICER MATTHEW BLACKERBY, #3999 individually and his official capacity as a police officer; and DOES 1-100, inclusive, | Trial Date: None Set |
| Defendants. | |

Plaintiff and Defendants in the above entitled matter hereby stipulate and jointly request that the court extend the current Scheduling Order dates for one hundred and

1

twenty (120) days, for the following reasons:

1.      Several depositions are still in the process of being rescheduled. Some of them started but were not completed due to running out of time. Officer Banister's deposition was scheduled and had to be rescheduled and is still in the process of being set up.

2.      The Grand Jury transcripts for the testimony of several material witnesses have still not been ordered by the Honorable Superior Court Judge Loftus to be produced yet. Such testimony will be necessary and relevant for motions for summary judgment that are likely to be filed up by both parties. The signed Amended Stipulation and Order received by this court was forwarded to Judge Loftus, as he requested, and it has yet to be signed. Once that is signed by Judge Loftus, then County counsel will be requesting the production of the Grand Jury Transcripts pursuant to Judge Loftus order. Once those transcripts have been produced, then this court will be in a position to review transcripts *in camera* for production to the parties.

As such, the current dates needed to be extended for at least one hundred and twenty (120) days.

| EVENT | PROPOSED MODIFICATION |
|---|---|
| Fact Discovery Cutoff | October 1, 2012 |
| Designation of Opening Experts with Reports | October 31, 2012 |
| Designation of Rebuttal Experts with Reports | November 14, 2012 |
| Expert Discovery Cutoff | February 3, 2013 |
| Deadline (s) for filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for filing Dispositive Motions | December 3, 2012 |
| Preliminary Pretrial Conference | November 30, 2012 at 11:00 AM |
| Joint Preliminary Pretrial Conference Statement | November 20, 2012 |

| | |
|---|---|
| | Respectfully submitted, |
| Date: June 28, 2012   By: | _____ |
| | STUART D. KIRCHICK, |
| | Attorney for Plaintiffs |

| | |
|---|---|
| Date: June 28, 2012 | /s/ Clifford Greenberg |
| | CLIFF S. GREENBERG, Sr. Deputy City Attorney |
| | STEVEN B. DIPELL, Sr. Deputy City Attorney |
| | Attorneys for Defendants |

**IT IS SO ORDERED:**

Dated: 7/10/2012   _____
HONORABLE JUDGE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE