1  RICHARD DOYLE, City Attorney (88625)
2  NORA FRIMANN, Assistant City Attorney (93249)
   CLIFFORD GREENBERG, Sr. Deputy City Attorney (122612)
3  STEVEN B. DIPPELL, Sr. Deputy City Attorney (#121217)
   Office of the City Attorney
4  200 East Santa Clara Street, 16th Floor
   San José, California  95113-1905
5  Telephone Number: (408) 535-1900
   Facsimile Number:  (408) 998-3131
6  E-Mail Address:  cao.main@sanjoseca.gov

7  Attorneys for Defendants CITY OF SAN JOSE,
   OFFICER JEFFREY and OFFICER BLACKERBY

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION

12

13 | VINH HUU PHAM AND LAN THI DO, | Case Number:  CV11-01526 EJD
14 |            Plaintiff(s),      | **STIPULATION EXTENDING DEADLINE TO DISCLOSE EXPERTS; MODIFYING BRIEFING SCHEDULE FOR MOTION [PROPOSED] ORDER**
15 |            v.                 |
16 | CITY OF SAN JOSE, a municipality of the State of California, OFFICER BRIAN JEFFREY, #3926, individually and in his official capacity as a police officer, OFFICER MATTHEW BLACKERBY, #3999, individually and in his official capacity as a police officer, and DOES 1-100, inclusive, |
17 | |
18 | |
19 | |
20 | |
21 |            Defendant(s).       |

22

23        Defendants filed, on February 20, 2013, a motion for summary judgment, set for
24 hearing on May 24, 2013.  The case is not currently set for trial; there is a Pre pretrial
25 conference scheduled for March 22, 2013.
26        The current deadline for disclosure of expert witnesses is March 1, 2013.  The parties
27 propose to extend the deadline for disclosure of experts, in order to allow for a ruling on the
28 dispositive motion and to save expenses involved in hiring and preparing expert witnesses.

1  Additionally, because of scheduling and calendar issues, the parties request a
2  modification of the briefing schedule for the calendared motion for summary judgment.
3  Plaintiffs request until March 27, 2013 to file their Opposition and Defendants request until
4  April 17, 2013 to file their Reply.
5  Therefore:
6      1.  The parties agree that the current deadline of March 1, 2013, for disclosing expert
7  witnesses should be vacated, and reset by the Court after the Court's ruling on Defendants'
8  motion for summary judgment.
9      2.  The parties agree that modification of the briefing schedule for Defendants' Motion
10 for Summary Judgment is appropriate and request that Plaintiffs' Opposition be due on
11 March 27, 2013, and Defendants' Reply be due on April 17, 2013.
12
13 Dated:  February 26, 2013               Respectfully submitted,
14                                          RICHARD DOYLE, City Attorney
15
16                                          By:    */s/ Clifford Greenberg*
                                                   CLIFFORD GREENBERG
17                                                 Sr. Deputy City Attorney

18                                          Attorneys for Defendants, CITY OF SAN
                                            JOSE, OFFICER BRIAN JEFFREY and
19                                          MATTHEW BLACKERBY

20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

---

STIPULATION EXTENDING DEADLINE TO DISCLOSE EXPERTS;      Case Number: CV11-01526 EJD
MODIFYING BRIEFING SCHEDULE FOR MOTION; [PROPOSED] ORDER              950908.doc

|   |   |
|---|---|
|  | LAW OFFICES OF STUART D. KIRCHICK |
| Dated: February 26, 2013 | By: ___/s/ *Stuart D. Kirchick*_____<br>STUART D. KIRCHICK. |
|  | Attorneys for Plaintiffs, VINH HUU PHAM and LAN THI DO |

I affirm that plaintiff's counsel has consented to the electronic filing of this document on plaintiff's behalf.

|   |   |
|---|---|
| Dated: February 26, 2013 | Respectfully submitted, |
|  | RICHARD DOYLE, City Attorney |
|  | By: ___*/s/ Clifford Greenberg*_____<br>CLIFFORD GREENBERG<br>Sr. Deputy City Attorney |
|  | Attorneys for Defendants, CITY OF SAN JOSE |

**IT IS SO ORDERED** AS MODIFIED.

No later than TEN (10) days after the Court's ruling on Defendant's Motion for Summary Judgment, the parties shall file a stipulation or administrative motion to reset the expert disclosure deadlines.

Dated:   2/27/2013                            _____
                                              HONORABLE EDWARD J. DAVILA
                                              UNITED STATES DISTRICT JUDGE