IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VINH HUU PHAM, et. al., | CASE NO. 5:11-cv-01526 EJD |
| Plaintiff(s), | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| CITY OF SAN JOSE, et. al., | |
| Defendant(s). | |

Having reviewed the parties Joint Preliminary Pretrial Conference Statement (see Docket Item No. 47), the court finds that a pretrial conference would be premature at this time. Accordingly, the Preliminary Pretrial Conference scheduled for March 22, 2013, is CONTINUED to **July 5, 2013, at 11:00 a.m.** The parties shall file an updated Preliminary Pretrial Conference Statement on or before **June 25, 2013.**

**IT IS SO ORDERED.**

Dated: March 14, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-01526 EJD
ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE