IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VINH HUU PHAM, ET AL., | CASE NO. 5:11-CV-01526-EJD |
| Plaintiffs, | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| CITY OF SAN JOSE, ET AL., | |
| Defendants. | |

This matter is currently set for a Preliminary Pretrial Conference on September 20, 2013. Having reviewed the parties' Joint Preliminary Pretrial Conference Statement, Dkt. No. 56, the court finds that a conference would not be productive at this time. Accordingly, the conference is VACATED. The court shall set a Preliminary Pretrial Conference, if necessary, in its forthcoming order on summary judgment.

**IT IS SO ORDERED.**

Dated: September 17, 2013

EDWARD J. DAVILA
United States District Judge